UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 24-cr-00234-DLF |
| | ) |
| LEWIS WAYNE SNOOTS | ) |
| | ) |
| Defendant | ) |

**RESPONSE TO THIS COURT'S SHOW CAUSE ORDER**

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes William L. Shipley, counsel for Defendant Wayne Snoots in this matter, William L. Shipley, and hereby responds to this Court's Show Cause Order dated August 5, 2024.

On July 26, 2024, I filed on behalf of Defendant Snoot a motion to extend the time to file any Rule 12 pretrial motions due to an incomplete production of discovery by the Government following the return of the indictment in this case in May, 2024.  *See* ECF No 25.  The purpose of the additional time was to obtain the remainind discovery from the Government and review it for possible pretrial motions under Rule 12 of the Federal Rules of Criminal Procedure.  Most of the most relevant video discovery was provided prior to the return of the indictment.  With the assistance of an Order from this Court, the Government did provide the additional written discovery that was not previously produced.  *See* 7/27/24 Minute Order.

The produced materials were approximately 30-40 documents involving an aggregate total of approximately 250 pages.  The vast majority of the documents involve various aspects of the pre-indictment investigation seeking to identify a subject via a "BOLO" posting by the FBI, and follow-up information that resulted from that effort.  Still images from videos of various events alleged to have involved Defendant Snoots were also included in the produced materials, with the videos themselves having already been produced during pre-indictment discussions regarding a possible disposition.

The discovery materials most recently produced for the first time contain no search warrants or supporting documents so no suppression motions are appropriate.  The Defendant is not charged with a violation of Sec. 1512(c)(2),

so no motion to dismiss is appropriate.  The Sec. 231(a)(3) count and the two Sec. 111(a) counts charged in the indictment are fact-specific and a defense based on failure of proof/insufficiency of the evidence is anticipated.

After review of the materials produced – which were less substantial than has been true in similar cases -- undersigned took no further action with respect to Rule 12 motions base on a judgment there were no other appropriate motions to file in that regard.

Dated: August 6, 2024                    Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*